UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/13
```

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SECURITY BANK d/b/a SECURITY BANK MORTGAGE,**<br><br>Defendants. | Case No. 12civ07343-PAE<br><br>Assigned to: Engelmayer<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court, upon consideration of the Joint Motion for Stipulation of Dismissal With Prejudice, ORDERS.

1. Pursuant to the Settlement Agreement of the parties, Plaintiff Lehman Brothers Holdings Inc. and Security Bank d/b/a Security Bank Mortgage hereby stipulate to dismiss this action with prejudice, with each party bearing its own fees and costs.

DATED this 15th day of April, 2013.

_____
Paul A. Engelmayer
United States District Court Judge

- 1 -

1342153
1346912